IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD SILVER and NICOLE CHAVEZ,
individually and as personal representatives of
the ESTATE OF JAYDON CHAVEZ-SILVER,

      Plaintiffs,

      v.                                    Civ. No. 23-448 MV/SCY

EP LOYA GROUP, LP, YOUNG AMERICA
INSURANCE COMPANY, FRED LOYA
INSURANCE AGENCY, INC., LOYA
INSURANCE COMPANY, RODNEY D.
YOUNG INSURANCE AGENCY, INC.,
NATIONAL INSURANCE, YVETTE
LERMA, and MARK GROVES,

      Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's November 7, 2023 Proposed Findings and Recommended Disposition ("PFRD"). Doc. 36. In that PFRD, Judge Yarbrough recommends that the Court grant the Motion to Remand (Doc. 11) and remand this case to state court. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id*. at 13. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

      **IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 36);

2. The Motion to Remand (Doc. 11) is GRANTED; and

3. This case is remanded to the Second Judicial District, Bernalillo County.

**IT IS SO ORDERED**.

_____
MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE